UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

**DAVID J. SAFRAN**

            V.         CASE NUMBER: 5:06-CV-644(FJS/GJD)

**PETER J. CORNING, Justice**
**Cayuga County**

| | |
|---|---|
| [ ] | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing the complaint pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on June 30, 2006.

DATED:   <u>June 30, 2006</u>

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp